# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0516

VERSUS

ALLEN ODELL WOODS

**AUGUST 12, 2022**

---

In Re:   Allen Odell Woods, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-16-0312.

---

BEFORE:   **WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of East Baton Rouge Parish reflects the district court denied relator's Application for Postconviction Relief and Memorandum in Support of Application for DNA Testing on January 5, 2022.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT